ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAV YELIZAROV<br><br>Defendants. | CASE NO. 1:25-CR-00166-KES-BAM<br><br>REQUEST TO SHORTEN TIME FOR HEARING ON MOTION TO SET JURY TRIAL OR EXCLUDE TIME |

The government has filed simultaneously with this request a "Motion to Set Jury Trial or in the Alternative Exclude Time Over the Defendant's Objection". ECF No. 6. Because the defendant has declined through counsel both to set jury trial and exclude time for preparation, the Government is seeking accelerated resolution of its motion so that the United States can have certainty about whether it will need to proceed to trial within 70 days.

Particularly, the victim and other witnesses in this case are located in the state of Maryland, and so if the defendant intends to proceed to trial within seventy days the government needs to immediately begin planning for travel arrangements and witness preparation. Should the case linger without either time being excluded or a trial being set, the government would be prejudiced in its ability to effectively prepare for trial.

Consequently, pursuant to Local Rules 430.1(e) and (f), the government requests the hearing on the accompanying motion be set for **September 8, 2025**. The government requests oppositions be due by **September 7**, **2025** at 5:00 P.M. The government does not anticipate needing to file a written reply, but if one is needed will file it no later than 11:59 P.M. on **September 7, 2025**.

Request to Shorten Time; Proposed Order         1

Dated: September 5, 2025            Respectfully submitted,

                                             ERIC GRANT
                                             United States Attorney

                         By     /s/ Robert L. Veneman-Hughes
                                   ROBERT L. VENEMAN-HUGHES
                                   Assistant United States Attorney

**ORDER**

Good cause appearing as set forth above, a hearing is set on the government's "Motion to Set Jury Trial or in the Alternative Exclude Time Over the Defendant's Objection", ECF No. 6, on **September 9, 2025, at 10:00 a.m.** Defendant may file an opposition or other response **by 5:00 P.M. on September 8, 2025**.

IT IS SO ORDERED.

Dated:   September 5, 2025                                        
                                                     UNITED STATES DISTRICT JUDGE