**CROWN LAW FIRM**
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAV YELIZAROV,<br><br>Defendant. | Court Case#:  1:25-cr-00166-KES-EPG<br><br>**ORDER TERMINATING CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS STAND BY COUNSEL** |

On August 21, 2025, Defendant Stanislav Yelizarov was indicted on federal charges.  CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Stanislav Yelizarov on September 5, 2025 in the criminal case.  On October 6, 2025, Mr. Shrayberman was relieved as trial counsel for Mr. Yelizarov and was appointed as stand-by counsel.  Following trial, Mr. Yelizarov was sentenced on February 9, 2026.  A notice of appeal was filed on February 12 ,2026.  Having completed his work as stand-by counsel, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.  Doc. 67.

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney

Yan E. Shrayberman's request for leave to withdraw as stand-by counsel in this matter.

Defendant represented himself in this case.  Should Defendant seek legal assistance on appeal, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, that office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Stanislav Yelizarov at his address of record on the docket.

IT IS SO ORDERED.

Dated:    February 27, 2026    

_____
UNITED STATES DISTRICT JUDGE

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567