IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:25-CR-00166-1-KES |
| | ) | CA Case №: 25-6177 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| STANISLAV YELIZAROV, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him on appeal.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Benjamin P. Ramos, be provisionally appointed to represent the above defendant in this case effective *nunc pro tunc* to March 19, 2026.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   March 23, 2026

_____
UNITED STATES DISTRICT JUDGE

-1-